1 | Ann M. Cerney, SBN:    068748
2 | CERNEY KREUZE & LOTT, LLP
3 | 42 N. Sutter Street, Suite 400
4 | Stockton, CA 95202
5 | (209) 948-9384
6 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOANNA BARBOSA, | No. 1:13−CV−00410−GSA |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENDING PLAINTIFF'S TIME TO FILE AN OPENING BRIEF** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file an Opening Brief in the above-referenced case is hereby extended from the present due date of October 28, 2013, by fifteen days, to the new response date of November 12, 2013.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

///

///

///

1

| | | |
|---|---|---|
| 1 | DATED: October 28, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX |
| 5 | */s/ Ann M. Cerney* | */s/Jeffrey Chan for Susan L. Smith* |
| 6 | ANN M. CERNEY,<br>Attorney for Plaintiff | JEFFREY CHAN FOR SUSAN L. SMITH<br>(As authorized via E-mail on 10/29/13)<br>Special Assistant U S Attorney |
| 7 | | Attorneys for Defendant |

1  Ann M. Cerney, SBN: 068748
2  CERNEY KREUZE & LOTT, LLP
3  42 North Sutter Street, Suite 400
4  Stockton, California  95202
5  Telephone: (209) 948-9384
6  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA BARBOSA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　　Defendant. | No. 1:13−CV−00410−GSA<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE AN OPENING BRIEF** |

　　Pursuant to the stipulation of the parties (see above), the request for a first extension of time to file Plaintiff's Opening Brief is GRANTED.

　　Plaintiff shall file her Opening Brief no later than November 12, 2013.

IT IS SO ORDERED.

　　Dated:  **October 30, 2013**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3