1    Ann M. Cerney, SBN:     068748

2    CERNEY KREUZE & LOTT, LLP

3    42 N. Sutter Street, Suite 400

4    Stockton, CA 95202

5    (209) 948-9384

6    Attorney for Plaintiff

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   JOANNA BARBOSA,                         No.  1:13−CV−00410−GSA

12              Plaintiff,                    **STIPULATION FOR EXTENDING
                                             PLAINTIFF'S TIME TO  FILE AN
13        v.                                 OPENING BRIEF**

14   CAROLYN W. COLVIN,
     Acting Commissioner of Social Security
15
                Defendant.
16

17

18        IT IS HEREBY STIPULATED by and between the parties, through their respective

19   undersigned attorneys, with the approval of the Court, that Plaintiff's time to file an Opening

20   Brief in the above-referenced case is hereby extended from the present due date of October 28,

21   2013, by fifteen days, to the new response date of November 12, 2013.  This extension is

22   requested because Plaintiff has a particularly heavy briefing schedule this month.

23

24

25

26   ///

27   ///

28   ///

1

1    DATED: October 28, 2013          BENJAMIN B. WAGNER
                                        United States Attorney

2                                          DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX

3

4

5    */s/ Ann M. Cerney*              */s/Jeffrey Chan for Susan L. Smith*
    ANN M. CERNEY,               JEFFREY CHAN FOR SUSAN L. SMITH

6    Attorney for Plaintiff            (As authorized via E-mail on 10/29/13)
                                          Special Assistant U S Attorney

7                                        Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Ann M. Cerney, SBN: 068748

2    CERNEY KREUZE & LOTT, LLP

3    42 North Sutter Street, Suite 400

4    Stockton, California 95202

5    Telephone: (209) 948-9384

6    Attorney for Plaintiff

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11
      JOANNA BARBOSA,                             No. 1:13−CV−00410−GSA
12
                     Plaintiff,                   **ORDER EXTENDING PLAINTIFF'S TIME
13                                                TO  FILE AN OPENING BRIEF**

              v.
14
      CAROLYN W. COLVIN,
15    Acting Commissioner of Social Security

16                   Defendant.

17

18          Pursuant to the stipulation of the parties (see above), the request for a first extension of

19    time to file Plaintiff's Opening Brief is GRANTED.

20          Plaintiff shall file her Opening Brief no later than November 12, 2013.

21

22

23

24

25    IT IS SO ORDERED.

26      Dated:   **October 30, 2013**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE
27

28
                                              3