BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8973
    Facsimile:  415-744-0134
    E-Mail:  susan.l.smith@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| JOANNA BARBOSA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | Case No. 1:13-cv-00410-GSA<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's opening brief.  The undersigned counsel for Defendant has diligently attempted to complete Defendant's responsive brief in a timely matter.  However, the undersigned counsel for Defendant seeks this extension due to the press of workload including a high volume of other disability matters in federal district court, an oral argument before the Ninth Circuit Court of Appeals, other general civil litigation in federal district court, and several federal employment

1- Stip. and Order for a First Ext. of Time for Def.'s Resp.; 1:13-cv-00410-GSA

matters. Likewise, the Office of the General Counsel for the Social Security Administration has a substantial backlog of work due to the 16-day lapse in appropriations.

   The current due date is December 13, 2013.  The new due date will be January 27, 2014. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                Respectfully submitted,

Dated: December 12, 2013     /s/ *Ann M. Cerney*
                 (By email authorization on December 13, 2013)
                 ANN M. CERNEY
                 Attorney for Plaintiff

Dated: December 12, 2013     BENJAMIN B. WAGNER
                 United States Attorney

            By:  /s/ *Susan L. Smith*
                 SUSAN L. SMITH
                 Special Assistant United States Attorney
                 Attorneys for Defendant

## **ORDER**

   The Court adopts the parties' stipulation set forth above.  Defendant shall file her responsive brief on or before January 27, 2014.  The Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

  Dated: **December 16, 2013**       **/s/ Gary S. Austin**
                     UNITED STATES MAGISTRATE JUDGE